IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Adam Jarchow and Michael D. Dean
    Plaintiff(s),

v.

Case No.   3:19-cv-00266

State Bar of Wisconsin, et al.
    Defendant(s).

## MOTION TO APPEAR *PRO HAC VICE*

Richard B. Raile   of   Baker & Hostetler LLP
Attorney                Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in  District of Columbia
                                                                Jurisdiction

Dated this  29  day of   May,  2019

s/ Richard B. Raile

Name    Richard B. Raile

Firm    Baker & Hostetler LLP

Address 1050 Connecticut Ave, N.W.

        Suite 1100

City    Washington        State  DC   Zip Code 20036

E-Mail  rraile@bakerlaw.com

Phone   +1 (202) 861-1711