# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ADAM JARCHOW AND MICHAEL DEAN, <br><br> Plaintiffs, <br><br> v. <br><br> STATE BAR OF WISCONSIN, STATE BAR OF WISCONSIN BOARD OF GOVERNORS, CHRISTOPHER E. ROGERS, JILL M. KASTNER, STARLYN R. TOURTILLOTT, KATHLEEN A. BROST, ERIC L. ANDREWS AND KORI L. ASHLEY, <br><br> Defendants. | 19-cv-266-bbc <br><br> Hon. Barbara B. Crabb |

## NOTICE OF APPEAL

Notice is hereby given that Adam Jarchow and Michael Dean, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on December 13, 2019.

Dated: December 13, 2019

Respectfully submitted,

/s/ Andrew M. Grossman

DAVID B. RIVKIN, JR.
ANDREW M. GROSSMAN
RICHARD B. RAILE
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
(202) 861-1697 (phone)
(202) 861-1783 (fax)
agrossman@bakerlaw.com

RICHARD M. ESENBERG
WI Bar No. 1005622
WISCONSIN INSTITUTE FOR LAW &
LIBERTY
1139 East Knapp Street
Milwaukee, WI 53202-2828
(414) 727-9455 (phone)
(414) 727-6385 (fax)
rick@will-law.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, the foregoing was filed using the Court's CM/ECF system. All counsel of record will be served through the Court's CM/ECF system.

Dated: December 13, 2019

Respectfully submitted,

/s/ Andrew M. Grossman

ANDREW M. GROSSMAN
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
(202) 861-1697 (phone)
(202) 861-1783 (fax)
agrossman@bakerlaw.com

*Attorney for Plaintiffs*