# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

December 23, 2019

*Before*

JOEL M. FLAUM, *Circuit Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 19-3444 | ADAM JARCHOW and MICHAEL D. DEAN, Plaintiffs - Appellants<br><br>v.<br><br>STATE BAR OF WISCONSIN, et al., Defendants - Appellees |
| **Originating Case Information:** | |

District Court No: 3:19-cv-00266-bbc
Western District of Wisconsin
District Judge Barbara B. Crabb

The following is before the court: **MOTION FOR SUMMARY AFFIRMANCE**, filed on December 16, 2019, by counsel for the appellants.

This court has carefully reviewed the final order of the district court, the record on appeal, and appellants' motion for summary affirmance. Based on this review, the court has determined that further briefing would not be helpful to the court's consideration of the issues. *See Taylor v. City of New Albany*, 979 F.2d 87 (7th Cir. 1992); *Mather v. Village of Mundelein*, 869 F.2d 356, 357 (7th Cir. 1989) (per curiam) (court can decide case on motions papers and record where briefing would not assist the court and no member of the panel desires briefing or argument). "Summary disposition is appropriate 'when the position of one party is so clearly correct as a matter of law that no substantial question regarding the outcome of the appeal exists.'" *Williams v. Chrans*, 42 F.3d 1137, 1139 (7th Cir. 1995), *citing Joshua v. United States*, 17 F.3d 378, 380 (Fed. Cir. 1994). The district court, in its thorough and well-reasoned order, correctly held that the appellants' claims are foreclosed by *Keller v. State Bar of California,* 496 U.S. 1 (1990). Appellants have preserved their position for review by the Supreme Court.

Accordingly, **IT IS ORDERED** that the appellants' motion is **GRANTED**, and the judgment of the district court is summarily **AFFIRMED**.

form name: **c7_Order_3J**(form ID: **177**)